# United States District Court
# For The Western District of North Carolina
# Asheville Division

BRANDON LEON WILSON,

       Plaintiff,                         JUDGMENT IN A CIVIL CASE

vs.                                          1:12-cv-39-RJC

CLEVELAND COUNTY
SHERIFF'S DEPARTMENT,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/2012 Order.

                                   Signed: June 11, 2012

Frank G. Johns, Clerk
United States District Court